# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

SCOTT M. DRIVER,

      Plaintiff,

v.                           CASE NO. 3:16cv700-MCR-EMT

REGULO CALAYCAY, M.D.,

      Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 15, 2019.  ECF No. 40.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice** under Fed. R. Civ. P. 4(m) for failure to timely provide service of process, and for Plaintiff's failure to comply with an order of the court.

     **DONE AND ORDERED** this 19th day of September 2019.


                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**